No. 46842.—Protest 65284–K of New York Mdse. Co., Inc. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel that the shoe brushes in question are similar to those the subject of *United States* v. *Heinrich, Herrmann & Weiss* (26 C. C. P. A. 292, C. A. D. 30) the claim at 50 percent under paragraph 1506 was sustained. *Sears, Roebuck* v. *United States* (id. 161, C. A. D. 11) cited.